**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN**

FORD MOTOR COMPANY,

Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY

and

THE BLUE CROSS BLUE SHIELD ASSOCIATION,

Defendants.

Case No: 2:23-cv-11286

Judge: Hon. Linda V. Parker

Magistrate Judge: Hon. Elizabeth A. Stafford

# STIPULATED ORDER ADJOURNING CASE MANAGEMENT ORDER DATES

This matter comes before the Court on the stipulation of counsel. Pursuant to the Court's October 8, 2026 Stipulated Order Regarding Summary Judgment and *Daubert* Briefing, the parties filed the following motions on October 23, 2026:

- Plaintiff Ford Motor Company's Motion in Limine to Exclude the Opinions and Testimony of Defendants' Expert Mark McKenna (ECF Nos. 82 and 83);
- Plaintiff Ford Motor Company's Motion in Limine to Exclude the Testimony and Opinions of Defendants' Expert Kevin Lane Keller, Ph.D. (ECF Nos. 84 and 85);

- Plaintiff Ford Motor Company's Motion for Summary Judgment (ECF Nos. 80 and 81);

- Defendants Blue Cross Blue Shield of Michigan Mutual Insurance Company and Blue Cross Blue Shield Association's Motion to Exclude the Opinions and Testimony of Dr. Joseph A. Krock (ECF Nos. 87 and 89);

- Defendants Blue Cross Blue Shield of Michigan Mutual Insurance Company and Blue Cross Blue Shield Association's Motion for Summary Judgment (ECF Nos. 86 and 88).

The parties agree that, given the complexity of the issues presented in these motions and the number of competing motions filed, as well as upcoming federal holidays falling within the briefing period, the standard and enlarged briefing schedules set forth in Local Rule 7.1(e) are insufficient, and additional time for further briefing is appropriate. Therefore, upon the stipulation of the parties and the Court being otherwise advised on the premises,

**IT IS HEREBY ORDERED** that the briefing schedule for responses and replies to the motions filed on October 23, 2026 is adjourned as follows:

| **Item** | **Current Date** | **Proposed Date** |
|---|---|---|
| Responses to Motions to Exclude Expert Testimony (ECF Nos. 82, 83, 84, 85, 87, and 89) | November 6, 2026 | November 20, 2026 |
| Responses to Motions for Summary Judgment (ECF Nos. 80, 81, 86, and 88) | November 13, 2026 | November 20, 2026 |

| | | |
|---|---|---|
| Replies to Motions to Exclude Expert Testimony (ECF Nos. 82, 83, 84, 85, 87, and 89) | November 13, 2026 | December 11, 2026 |
| Replies to Motions for Summary Judgment (ECF Nos. 80, 81, 86, and 88) | November 27, 2026 | December 11, 2026 |

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 2, 2026

*Stipulated by:*

DINSMORE & SHOHL LLP

By: /s/ *William A. Sherman, II*
William A. Sherman, II
801 Pennsylvania Ave. N.W., Ste. 610
Washington, D.C. 20004
(202) 372-9100
william.sherman@dinsmore.com

Alan H. Abes
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
(513) 977-8200
alan.abes@dinsmore.com

J. Travis Mihelick (P73050)
900 Wilshire Drive, Suite 300
Troy, MI 48084
(248) 203-1655
travis.mihelick@dinsmore.com

BODMAN PLC

By: */s/ Alexandra C. Markel*
Alexandra C. Markel (P81705)
Sarah L. Cylkowski (P75952)
6th Floor at Ford Field
1901 Saint Antoine Street Detroit, Michigan 48226
(313) 392-1077
scylkowski@bodmanlaw.com
amarkel@bodmanlaw.com

ALLEN OVERY SHEARMAN STERLING US LLP

Todd M. Stenerson
Brian Hauser
1101 New York Ave NW
Washington, DC 20005
(202) 683-3800
todd.stenerson@aoshearman.com
brian.hauser@aoshearman.com

BOWMAN AND BROOKE LLP

Brandon Pelligrino (P79112)
101 W. Big Beaver Road, Suite 1100
Troy, MI 48084
brandon.pelligrino@bowmanandbrooke.com

*Attorneys for Plaintiff Ford Motor Company*

Rachel Mossman Zieminski (*admitted in E.D. Mich.*, Texas Bar 24131967)
2601 Olive Street, Suite 1700
Dallas, TX 75201
(214) 271-5777
rachel.zieminski@aoshearman.com

Susan Loeb (*admitted in E.D. Mich.*, New York Bar 5570940)
Sophie Copenhaver (*admitted in E.D. Mich.*, New York Bar 6004766)
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
susan.loeb@aoshearman.com
sophie.copenhaver@aoshearman.com

*Attorneys for Defendant Blue Cross Blue Shield of Michigan*

CRAVATH, SWAINE & MOORE LLP

Karin A. DeMasi (*Adm. in E.D. MI.*, NY Bar 2831303)
Lauren R. Kennedy (*Adm. in E.D. MI.*, NY Bar 4932851)
Hannah L. Dwyer (*Adm. in E.D. MI.*, NY Bar 5711841)
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 474-1000
Fax: (212) 474-3700
kdemasi@cravath.com
lkennedy@cravath.com
hdwyer@cravath.com

SCHENK & BRUETSCH PLC
Brian C. Summerfield (P57514)
211 West Fort Street
Suite 1410
Detroit, MI 48226
(313) 774-1000
brian.summerfield@sbdetroit.com

*Attorneys for Defendant Blue Cross Blue Shield Association*