**UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF MICHIGAN**

FORD MOTOR COMPANY,

Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY,

and

THE BLUE CROSS BLUE SHIELD ASSOCIATION,

Defendants.

Civil Action No.: 2:23-cv-11286-LVP-EAS

District Judge: Hon. Linda V. Parker

Magistrate Judge: Hon. Elizabeth A. Stafford

**INDEX OF EXHIBITS TO DEFENDANTS' OBJECTION TO ORDER DENYING DEFENDANTS' MOTION TO COMPEL**

| **Ex. No.** | **Title** |
|---|---|
| 1 | Unpublished Cases |



4924-1311-8687_1