# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| FORD MOTOR COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY<br><br>and<br><br>THE BLUE CROSS BLUE SHIELD ASSOCIATION,<br><br>Defendants. | Case No: 2:23-cv-11286<br><br>Judge: Hon. Linda V. Parker<br><br>Magistrate Judge: Hon. Elizabeth A. Stafford |

# DECLARATION OF JOHN LITTIG

I, John Littig, declare on behalf of Humana Inc. ("Humana"):

1. I have been employed at Humana since 2018. My current role is SVP Medicare Growth and Strategy.

2. I have reviewed the business presentation produced at HUMANA_FORD_000018–41 (the "Humana Presentation"). I have also reviewed the transcript of my January 22, 2026, deposition, including the portion at page 73, lines 24-25.

3. I was part of a small group of people involved in preparing the Humana Presentation. It was presented confidentially to Humana's Board of Directors. It was not distributed beyond a small group of directors and executives who used the information to make strategic business decisions. The information quoted from page 24 of the Humana Presentation constitutes an internal, confidential analysis of Humana's growth, pricing, and costs.

4. The quoted lines of my deposition transcript recite a financial metric quoted from the Humana Presentation.

5. If the information from the Humana Presentation was publicly disclosed, Humana's competitors could use the information to their advantage. It could harm Humana's competitive standing as to the products it continues to offer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2026, in Louisville, Kentucky.

By: ____________________
John Littig