**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FORD MOTOR COMPANY,

Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY and BLUE CROSS BLUE SHIELD ASSOCIATION,

Defendants.

Case No. 2:23-cv-11286-LVP-EAS

Hon. Linda V. Parker

Magistrate Judge Elizabeth A. Stafford

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| A | Excerpted Volume 2 Transcript of the Deposition of Kari Hedges in the Case *VHS Liquidating Trust, et al. v. Blue Cross of California, et al.* |
| B | Excerpted Transcript of the Deposition of Gary Gavin as Corporate Designee of Blue Cross Blue Shield of Michigan Mutual Insurance Company ("BCBSM") and as Individual |
| C | Excerpted Transcript of the Deposition of Suzanne De Haan |