# EXHIBIT A

**FILED UNDER SEAL**