# EXHIBIT C

**FILED UNDER SEAL**