**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FORD MOTOR COMPANY,

Plaintiff,

v.

BLUE CROSS BLUE SHIELD OF MICHIGAN MUTUAL INSURANCE COMPANY and BLUE CROSS BLUE SHIELD ASSOCIATION,

Defendants.

Case No. 2:23-cv-11286-LVP-EAS

Hon. Linda V. Parker

Magistrate Judge Elizabeth A. Stafford

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF DR. JOSEPH KROCK EXHIBIT INDEX**

| **Exhibit** | **Description** |
|---|---|
| A | Excerpted Transcript of the Deposition of Dr. Joseph A. Krock |
| B | Excerpted Transcript of the Deposition of Dr. Erin Trish |