# EXHIBIT B

**FILED UNDER SEAL**